McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: Wyeth.McAdam@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| MICHAEL KIPP,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01567-BAM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF AND ORDER** |

      Plaintiff and Defendant, through their respective attorneys, and subject to the approval of the Court, hereby stipulate that Defendant shall have an extension of time of 60 days, up to and including Thursday, September 10, 2020, in which to file and serve his response to Plaintiff's Motion for Summary Judgement. Plaintiff shall have 15 days, up to and including September 25, 2020, to file and serve his optional reply.

      In light of the global COVID-19 crisis, SSA is switching to new work processes, and is focusing on providing the most critical services by mail, phone and online to those most in need.  SSA is also taking additional steps to protect its employees and help stop the spread of COVID-19, maximizing social distancing, including significantly limiting employee access to SSA facilities for health and safety only and moving rapidly toward a virtual work environment. Although the agency is working diligently to provide ongoing services, including legal services, there are practical implications for our litigation workloads.

Stip., 1:19-cv-01567-BAM

Counsel for Defendant, as well as all the support staff in that office, works in the State of California, where the governor has ordered all residents to stay home, effective March 19, 2020, until further notice.  This order has led to reduced onsite staffing in Offices of the United States Attorney.  Defendant's counsel coordinates closely with the United States Attorney's Office and relies on that office for certain types of administrative support.  Moreover, the Governor's order and the decision of the Commissioner to implement full-time telework throughout the country has led to unanticipated strains on internet connectivity for SSA employees.

   1. School Closures and Childcare Impacts

Counsel for Defendant has two young children who are at home during the day until further notice, necessitating certain childcare activities that have prevented counsel from working a consistent full-time schedule. This summer it is uncertain if it would be safe for the children to attend day care or summer camps, if they reopen, because of the public health crisis. Our family has underlying conditions making us particularly concerned about following proper safety guidelines during the pandemic. As a result, counsel for Defendant is not able to meet the current briefing schedule for this case. Similar impacts on attorneys throughout the office have reduced the office's ability to meet the briefing schedule by reassigning the case.

   2. Impact of public health situation on need for extensions by plaintiffs' bar, leading to an unusually high number of briefs for our attorney at present

The closure of schools, daycare, camps, and statewide movement restrictions have also impacted the work schedules of members of the plaintiffs' bar, and caused many plaintiffs' attorneys to receive extensions to original briefing schedules.  As the moving parties in Social Security litigation, plaintiffs' extensions necessarily affect the briefing deadlines for Defendant's counsel.  Defendant's counsel now has an unexpectedly large number of briefs to respond to within the next 60 days.

In addition, Defendant's counsel taking a long planned family vacation in July for ten days.

/ / /

Stip., 1:19-cv-01567-BAM

For all these reasons, Defendant requires an extension of 60 days to file his response to Plaintiff's Motion for Summary Judgment. This is Defendant's first request for an extension.

Dated: June 26, 2020      Respectfully submitted,

By:      */s/ Jonathan Omar Pena* *
      JONATHAN OMAR PENA
      Pena & Bromberg, Attorneys at Law
      Attorneys for Plaintiff
      (*As authorized via e-mail on June 26, 2020)

      McGREGOR W. SCOTT
      United States Attorney
      DEBORAH LEE STACHEL
      Regional Chief Counsel, Region IX
      Office of General Counsel
      Social Security Administration

      */s/ S. Wyeth McAdam*
      S. WYETH McADAM
      Special Assistant United States Attorney
      Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, the request for an extension of time for Defendant to Respond to Plaintiff's Opening Brief is GRANTED. Defendant shall file his response to Plaintiff's opening brief on or before September 10, 2020. Plaintiff's optional reply is due on or before September 25, 2020. The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause.  Fed. R. Civ. P. 16(b).  Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic.  Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated:   **June 29, 2020**      /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

Stip., 1:19-cv-01567-BAM